IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY D. EDWARDS,

        Plaintiff,                         No. CIV S-04-1164 FCD GGH P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.             ORDER

/

        Plaintiff has requested an extension of time to file an opposition to the defendants' December 13, 2005 motion for summary judgment. Plaintiff also filed a motion to compel discovery, on January 3, 2006, which is beyond the October 21, 2005 deadline set forth in the July 15, 2005 scheduling order for doing so; although the motion is not yet adjudicated, on the face of it, plaintiff has not, by his untimely motion, made the requisite showing that he is entitled to a continuance pursuant to Fed. R. Civ. P. 56(f). Nevertheless, the court will partially grant plaintiff's request for an extension of time to file an opposition to the pending motion for summary judgment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 3, 2006 request for an extension of time is granted in part; and

\\\\\

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the defendants' December 13, 2005 motion for summary; judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 1/13/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
edwa1164.36