IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY D. EDWARDS,

        Plaintiff,                    No. CIV S- 04-1164 FCD GGH P

    vs.

DEPT. OF CORRECTIONS, et al.,

        Defendants.         <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' December 13, 2005 motion for summary judgment.[1] In light of the pending motion, the court now vacates the March 31, 2006 pretrial conference and June 20, 2006 jury trial dates set in the July 15, 2006 scheduling order. This relieves the parties of any obligation to file pretrial statements at this time. The dates for the pretrial conference and jury trial will be re-set, if appropriate, upon adjudication of the pending dispositive motion.

        IT IS SO ORDERED.

DATED: 4/4/06

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009 - edwa1164 .vac

---

[1] Plaintiff also filed a motion to compel on January 3, 2006, which the court has noted appears on the face of it to be untimely, but the undersigned does not herein as yet make an order on that motion. <u>See</u> <u>Order</u>, filed on January 13, 2006.